## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

ERIC LYNN GIBBS,

    Petitioner,

v.                                  CIVIL ACTION NO. 5:24-cv-00641

W. HOLZAPFEL,

    Respondent.

## ORDER

Pending is Petitioner Eric Lynn Gibbs's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF 1], filed November 12, 2024.

This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on July 8, 2025. Magistrate Judge Aboulhosn recommended the Court dismiss Mr. Gibbs' Petition for a Writ of Habeas Corpus as moot.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on July 25, 2025. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**ECF 11**], **DISMISSES** the Petition for a Writ of Habeas Corpus [**ECF 1**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:    September 2, 2025

Frank W. Volk
Chief United States District Judge

---

[1] On July 9, 2025, a copy of the PF&R was mailed to Eric Lynn Gibbs at Beckley Federal Correctional Institution but was returned as undeliverable on July 25, 2025. [ECF 12]. At this writing, the Bureau of Prisons' Inmate Locator indicates Mr. Gibbs was released from custody on January 8, 2025. Inasmuch as Mr. Gibbs has failed to keep the Court apprised of his current address as required by *Local Rule of Civil Procedure* 83.5, this matter is ripe for adjudication.